# MEMORANDUM DECISIONS.

ABE STEIN CO., Respondent, v. RAUTEN-BERG, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by the Abe Stein Company against Martin Rautenberg. E. C. Hoyt, for appellant. V. P. Donihee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ADAMS. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) In the matter of Alvaro J. Adams, an attorney.
PER CURIAM. We think that the claim of the petitioners in this matter should be determined upon a summary application at special term, before any action is taken by the appellate division looking toward a further investigation of these charges. The affidavits submitted by the petitioners in reply to the attorney's defense are in many respects too vague to be accepted as positive denials. If the summary application results unfavorably to the attorney, this proceeding may be renewed.

ALEXANDER, Respondent, v. CRAW-FORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Estella Alexander against Sarah A. Crawford. No opinion. Order affirmed, with $10 costs and disbursements.

ANDENBAUM, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Samuel Andenbaum against Joseph H. Cohen and another. No opinion. Judgment of the municipal court affirmed, with costs.

ANDERSON, Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Miner O. Anderson, as administrator of the goods, chattels, and credits of Anna L. Anderson, deceased, against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ANDREWS, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1901.) Action by Homer F. Andrews against John Powers. No opinion. Motion for leave to appeal to court of appeals denied, with $10 costs.

ANSALONE, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Luciano Ansalone against Leonard C. T. Smith. No opinion. Judgment of the municipal court affirmed by default, with costs.

APRIL, Appellant, v. HOLLANDER, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by Leon April against Adolph Hollander. A. B. Jaworower, for appellant. D. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

APRIL v. HOLLANDER. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Action by Leon April against Adolph Hollander. No opinion. Motion denied, with $10 costs.

BACIGALUPO, Respondent, v. METRO-POLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. December, 1901.) Action by Charles Bacigalupo against the Metropolitan Street Railway Company. G. Glenn Worden, for appellant. Hawes & Judge, for respondent.
SCOTT, J. The crucial question in the case was whether or not the defendant's car was so far away when plaintiff's servant drove upon the track that the motorman, if he had exercised reasonable diligence, could have prevented the collision. The plaintiff's counsel was permitted, under objection and exception, to ask the driver the following question: "Was there plenty of opportunity for the electric car to stop before it struck you, and after you raised your hand?" This was clearly error. Dougherty v. Milliken, 163 N. Y. 527, 57 N. E. 757, 79 Am. St. Rep. 608; Galligan v. Railway Co., 33 Misc. Rep. 87, 67 N. Y. Supp. 180. The very question upon which he was permitted to express an opinion was the turning point in the case, and upon the evidence was a close one. We cannot say that the judgment was not affected by the error. Judgment reversed, and new trial granted, with costs to appellant to abide event. All concur.

BAIR, Respondent, v. HILBERT, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Lee S. Bair against Anton Hilbert. No opinion. Motion denied.

BAKER, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by Stuart Baker against Samuel Lewis. No opinion. Order of the county court of Westchester county affirmed, with $10 costs and disbursements.